# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| LARRY B. MARSHALL, | ) |
| Plaintiff, | ) |
| vs. | ) C/A No. 3:20-CV-02217-JMC |
| GERHARD A. ZIEBOLZ and WERNER ENTERPRISES, INC., | ) |
| Defendants. | ) |

## CONSENT ORDER TO REMAND CASE

It having come before the Court, the parties have shown good cause to remand case to the Common Pleas Court of Lee County, South Carolina.

It is hereby ORDERED, with the consent of the parties concerned by and through their counsel, the case be remanded to the Common Pleas Court of Lee County, South Carolina.

This 6th day of August, 2020.

s/J. Michelle Childs
Honorable J. Michelle Childs
United States District Judge